IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: DONNA P. ALLEN | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| DAIMLER TRUST | ) | |
| **Moving Party** | ) | Case No.: 19-17533 (AMC) |
| | ) | |
| v. | ) | **Hearing Date:  7-28-20 at 11:00 AM** |
| | ) | |
| DONNA P. ALLEN | ) | 11 U.S.C. 362 |
| TIFFANY ALLEN | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 1301 |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Daimler Trust and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about October 1, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: October 2, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE